UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CINDER BLOCK, INC. a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOES 1-100, individuals, JANE DOES 1-100, individuals, and XYZ COMPANY, business entity form unknown, inclusive, <br><br> Defendants. | ) ) ) ) ) ) CIVIL ACTION NO. ) 05 11641 RWZ ) ) ) ) ) ) ) ) ) |

STATEMENT OF CORPORATE DISCLOSURE

Pursuant to Local Rule 7.3, Plaintiff Cinder Block, Inc. hereby files this Statement of Corporate Disclosure. Plaintiff hereby notifies this Court that it is a California Corporation, privately held.

Dated: August 8, 2005

Respectfully Submitted
CINDER BLOCK, INC.
By Its Attorneys

M. Lawrence Oliverio, Esq., BBO #378755
Paul D. Sorkin, Esq., BBO#565,411
Kudirka & Jobse, LLP
One State Street
Boston Massachusetts 02109
Telephone: (617) 367-4600
Facsimile: (617) 367-4656

Cara R. Burns, Esq. (Cal. Bar # 137557)
725 South Figueroa Street, Suite 2280
Los Angeles, California 90017
Telephone: (213) 607-2290
Facsimile: (213) 538-1375

1