UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CINDER BLOCK, INC. <br> a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOES 1-100, individuals, <br> JANE DOES 1-100, individuals, <br> and XYZ COMPANY, business <br> entity form unknown, inclusive, <br><br> Defendants. | CIVIL ACTION NO. 05-11641 RWZ |

**REQUEST FOR EXONERATION AND DISPOSITION OF MATERIALS**
**[PROPOSED] ORDER**

Plaintiff having dismissed the above entitled action without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41 (a), and no defendants having appeared by answer or otherwise and good cause appearing,

**IT IS HEREBY:**

**ORDERED,** that the bond posted by Plaintiff shall be, and hereby is, exonerated and released to the Plaintiff, and it is further

**ORDERED,** that Plaintiff is authorized to destroy or otherwise dispose of all infringing merchandise.

**IT IS SO ORDERED.**

Dated: July __, 2007         _____

At: _____ __. m.              THE HONORABLE RYA W. ZOBEL
                              UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted
CINDER BLOCK, INC.

1

By: /s/ M. Lawrence Oliverio
M. Lawrence Oliverio, Esq., BBO #378755
Rissman, Jobse, Hendricks and Oliverio, LLP
One State Street
Boston Massachusetts 02109
Telephone: (617) 367-4600
Facsimile: (617) 367-4656

Cara R. Burns (CA Bar No. 137557)
Hicks, Mims, Kaplan & Burns
725 S. Figueroa Street 2280
Los Angeles, California 90017
Telephone: (213) 607-2290
Facsimile: (213) 538-1375