UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CINDER BLOCK, INC.<br>a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOES 1-100, individuals,<br>JANE DOES 1-100, individuals,<br>and XYZ COMPANY, business<br>entity form unknown, inclusive,<br><br>Defendants. | CIVIL ACTION NO.  05-11641 RWZ |

NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure, Rule 41 (a), Plaintiff voluntarily dismisses the above caption action without prejudice.

Dated: July 23, 2007

Respectfully Submitted,
CINDER BLOCK, INC.
By Its Attorneys

M. Lawrence Oliverio, Esq., BBO #378755
Rissman, Jobse, Hendricks & Oliverio,LLP
One State Street
Boston Massachusetts 02109
Telephone: (617) 367-4600
Facsimile: (617) 367-4656

Cara R. Burns (CA Bar No. 137557)
Hicks, Mims, Kaplan & Burns
725 S. Figueroa Street 2280
Los Angeles, California  90017
Telephone: (213) 607-2290
Facsimile: (213) 538-1375